

AUSA Branka Cimesa (312) 353-6630

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:25-cr-00555 |
| v. | JEFFREY T. GILBERT |
| ESPEDITO DELVALLE GARCIA-GARCIA | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, JOEL EVANS, appearing before United States Magistrate Judge JEFFREY T. GILBERT by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that ESPEDITO DELVALLE GARCIA-GARCIA has been charged by criminal complaint in the Northern District of New York with improper entry in violation of 8 U.S.C. § 1325(a)(2).

A copy of the criminal complaint and arrest warrant is attached.

_____
JOEL EVANS
Special Agent
Homeland Security Investigations |

SWORN TO AND AFFIRMED by telephone this 9th day of September, 2025.

_____
JEFFREY T. GILBERT
United States Magistrate Judge

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ESPEDITO DEL VALLE GARCIA-GARCIA**<br><br>**Defendant.** | )<br>)<br>) Case No. 8:25-MJ-60 (GLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 1, 2023, in the county of Clinton in the Northern District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(2) | The defendant, an alien and citizen of Venezuela, unlawfully eluded examination and inspection by Immigration officials by entering the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Anthony Del Viscovo, Special Agent, HSI
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: MARCH 7, 2025

City and State: Plattsburgh, NY

_____
Hon. Gary L. Favro, U.S. Magistrate Judge

John M. Domurad, Clerk

## *United States of America v. Espedito Del Valle Garcia-Garcia*

On Thursday, June 1st, 2023, at approximately 9:30 P.M., Swanton Sector Communications (KAD 640) advised Champlain United States Border Patrol Agents (BPAs) of 6 subjects detected by remote surveillance walking south from the international border with Canada near the location known as the "knuckle" in Champlain, New York.

BPAs responded to the area and apprehended all 6 of the subjects, one of whom was Espedito Del Valle GARCIA-GARCIA. Five of the subjects, including GARCIA-GARCIA, freely admitted to being citizens and nationals of Venezuela, and the sixth admitted to being a citizen and national of Ecuador. All 6 subjects admitted that they had just entered the United States from Canada by foot earlier in the evening. None of the subjects possessed any immigration documents permitting them to enter, pass through, or remain in the United States legally. The subjects were placed under arrest and transported to the Champlain Border Patrol Station for questioning and processing.

At the Champlain Border Patrol Station, biographical information and fingerprints were entered into Department of Homeland Security databases for all 6 subjects. Record checks confirmed information that was previously gathered roadside. GARCIA-GARCIA was released with a Notice to Appear with an appearance date of January 23, 2024 at 10:30 A.M. at 26 Federal Plaza, 12th floor room 1237 New York, New York 10278.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Espedito Del Valle Garcia-Garcia | ) Case No. | 8:25-MJ-60 (GLF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Espedito Del Valle Garcia-Garcia                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Improper entry by alien in violation of 8 USC 1325


Date: MARCH 7, 2025

*Issuing officer's signature*

City and state:   Plattsburgh, NY

Hon. Gary L. Favro
*Printed name and title*

### Return

| This warrant was received on *(date)* | , and the person was arrested on *(date)* |
|---|---|
| at *(city and state)* | . |

Date:

*Arresting officer's signature*

*Printed name and title*